# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| ALAN M. BARTLETT, | NO. C19-0113RSL |
|---|---|
| Plaintiff, | |
| v. | ORDER STRIKING DOCUMENT AND ORDER TO SHOW CAUSE |
| WASHINGTON STATE BAR ASSOCIATION, *et al.*, | |
| Defendants. | |

The purported "Order" filed by plaintiff in the above-captioned matter at Dkt. # 8 is hereby STRICKEN.

Plaintiff is hereby ORDERED TO SHOW CAUSE why he should not be sanctioned for filing a fake order, complete with a "signature" block that reads:

<u>/s/ Mary Alice Theiler</u>
US Magistrate / US Judge

and instructions to the Clerk of Court for its docketing and distribution. Plaintiff shall, on or before April 2, 2019, file a response to this Order explaining why he chose to submit a document

ORDER STRIKING DOCUMENT
AND ORDER TO SHOW CAUSE- 1

that purports to be an order granting relief rather than filing a motion requesting relief. The Clerk of Court is directed to note this Order to Show Cause on the Court's calendar for April 5, 2019.

Dated this 14th day of March, 2019.

_____
Robert S. Lasnik
United States District Judge

ORDER STRIKING DOCUMENT
AND ORDER TO SHOW CAUSE- 2