UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALAN M. BARTLETT,

    Plaintiff,

v.

WASHINGTON STATE BAR ASSOCIATION, *et al.*,

    Defendants.

NO. C19-0113RSL

ORDER DENYING THIRD REQUEST TO PROCEED WITHOUT PREPAYMENT OF FEES

On April 18, 2019, the Court withdrew plaintiff's authorization to proceed in forma pauperis as a sanction for plaintiff's abuse of the judicial process. The Court found that plaintiff's conduct threatened the integrity of these proceedings and declined to give him the benefit of litigating without prepayment of fees. Plaintiff was directed to pay the $400 civil filing fee on or before May 17, 2019, or face dismissal of this action.

Plaintiff recently filed a "Motion to Waive or Proceed Without Prepaying Costs." Dkt. # 13. Plaintiff neither acknowledges the Court's prior order, nor makes any attempt to explain why he should be permitted to proceed without prepayment of the filing fee. The motion is DENIED. Failure to pay the $400 civil filing fee to Clerk, U.S. District Court, 700 Stewart

ORDER DENYING THIRD REQUEST
TO PROCEED WITHOUT PREPAYMENT
OF FEES - 1

Street, Suite 2310, Seattle, WA 98101, on or before May 17, 2019, will result in the dismissal of this action.

Dated this 2nd day of May, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING THIRD REQUEST
TO PROCEED WITHOUT PREPAYMENT
OF FEES - 2