# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ALAN M. BARTLETT,

    Plaintiff,

v.

WASHINGTON STATE BAR ASSOCIATION, *et al.*,

    Defendants.

NO. C19-0113RSL

ORDER STAYING CASE

On April 18, 2019, the Court withdrew plaintiff's authorization to proceed in forma pauperis as a sanction for plaintiff's abuse of the judicial process. The Court found that plaintiff's conduct threatened the integrity of these proceedings and declined to give him the benefit of litigating without prepayment of fees. Plaintiff was directed to pay the $400 civil filing fee on or before May 17, 2019, or face dismissal of this action. Plaintiff filed an interlocutory appeal from the April 18, 2019, order and now seeks a stay until the appeal is resolved.

//

ORDER STAYING CASE - 1

At plaintiff's request, the Court will hold the above-captioned matter in its current procedural posture and will not dismiss the action while plaintiff's appeal is pending before the Ninth Circuit. Plaintiff's motion (Dkt. # 18) is GRANTED and this matter is hereby STAYED.

Dated this 22nd day of May, 2019.

*MrtS Lasnik*

Robert S. Lasnik
United States District Judge

ORDER STAYING CASE - 2