# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ALAN M. BARTLETT,

    Plaintiff,

v.

WASHINGTON STATE BAR ASSOCIATION, *et al.*,

    Defendants.

NO. C19-0113RSL

ORDER

On April 18, 2019, the Court withdrew plaintiff's authorization to proceed in forma pauperis as a sanction for plaintiff's abuse of the judicial process. The Court found that plaintiff's conduct threatened the integrity of these proceedings and declined to give him the benefit of litigating without prepayment of fees. Plaintiff was directed to pay the $400 civil filing fee on or before May 17, 2019, or face dismissal of this action. Plaintiff filed an interlocutory appeal from the April 18, 2019, order and sought a stay until the appeal was resolved. The Court granted the requested relief and agreed not to dismiss the action while plaintiff's appeal was pending before the Ninth Circuit.

On September 17, 2019, the Court of Appeals dismissed the appeal as frivolous. Plaintiff is therefore directed to pay the $400 civil filing fee on or before September 27, 2019, if he

ORDER - 1

intends to pursue the claims asserted in this litigation. Failure to timely pay the filing fee will result in the dismissal of this action.

Dated this 18th day of September, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2